# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CAMPAIGN FOR ACCOUNTABILITY**,<br>611 Pennsylvania Avenue SE, #337<br>Washington, DC 20003,<br><br>       Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES**,<br>200 Independence Avenue SW<br>Washington, DC 20201,<br><br>       Defendant. | Civil Case No. 18-cv-466 |

## COMPLAINT

1.     Plaintiff Campaign for Accountability brings this action against the U.S. Department of Health and Human Services under the Freedom of Information Act, 5 U.S.C. § 522 ("FOIA"), and the Declaratory Judgement Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over this action under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201 and 2202.

3.     Venue is proper in this district under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4.    Because Defendant failed to comply with the applicable time-limit provisions of FOIA, Campaign for Accountability is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining Defendant from continuing to withhold records and ordering the production of records improperly held.

## PARTIES

5.    Plaintiff Campaign for Accountability ("CfA") is a non-partisan organization primarily engaged in disseminating information to the public. CfA uses research, litigation, and communications to expose misconduct and malfeasance in public life. Through research and FOIA requests, CfA uses the information gathered, and its analysis of it, to educate the public about the activities and operations of the federal government, local and state governments, and other public actors through reports, press releases, and other media.

6.    Defendant the U.S. Department of Health and Human Services ("HHS") is a department of the executive branch of the U.S. government, headquartered in Washington, D.C. and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). HHS has possession, custody, and control of the records CfA seeks.

## STATEMENT OF FACTS

7.    On November 8, 2017, CfA submitted FOIA requests to HHS seeking documents and records related to the support of certain organizations and individuals for the Trump administration's and Congress's efforts to repeal and replace the Affordable Care Act ("ACA").

8.    The public deserves the opportunity to determine whether and to what extent these organizations have attempted to influence HHS as it counsels the Trump administration

and Congress on health care reform and on future funding for Planned Parenthood. These matters

are of paramount public concern.

*HHS De-Funding Planned Parenthood FOIA Request*

9.      On November 8, 2017, CfA submitted a FOIA request to HHS ("HHS De-

Funding Planned Parenthood FOIA Request") seeking:

      a.   All communications, meeting notices, meeting agendas, informational materials, draft legislation, talking points, or other materials received by HHS from, sent by HHS to, or exchanged between HHS and representatives of the Susan B. Anthony List, Concerned Women for America, March for Life, American Values, and Family Research Council regarding House Resolution 1628 or any other efforts to repeal or reform the Affordable Care Act ("ACA").

      b.   All calendar entries reflecting meetings between HHS and representatives of the Susan B. Anthony List, Concerned Women for America, March for Life, American Values, and Family Research Council regarding House Resolution 1628 or any other efforts to repeal or reform the ACA.

      c.   All communications, meeting notices, meeting agendas, informational materials, draft legislation, talking points, or other materials received by HHS from, sent by HHS to, or exchanged between HHS and representatives of the Susan B. Anthony List, Concerned Women for America, March for Life, American Values, and Family Research Council regarding House Joint Resolution 43 or any other efforts to exclude Planned Parenthood or similar organizations from federal funding.

      d.   All calendar entries reflecting meetings between HHS and representatives of the Susan B. Anthony List, Concerned Women for America, March for Life, American Values, and Family Research Council regarding House Joint Resolution 43 or any other efforts to exclude Planned Parenthood or similar organizations from federal funding.

10.     The request sought all responsive records from January 20, 2017 to the date of the

search. A copy of the HHS De-Funding Planned Parenthood Request is attached hereto as

Exhibit A and incorporated herein.

11.     The HHS De-Funding Planned Parenthood Request was assigned tracking number

**2018-00216-FOIA-OS**. As of February 21, 2018, the status of the request was listed as

"Assigned for Processing." CfA has not received any further communication from HHS

regarding this request.

*HHS Preventive Health Services FOIA Request*

12.     On November 8, 2017, CfA submitted a FOIA request to HHS ("HHS Preventive

Health Services FOIA Request") seeking:

    a.  All communications, meeting notices, meeting agendas, informational materials,
    draft legislation, talking points, or other materials received by HHS from, sent by
    HHS to, or exchanged between HHS and representatives of Alliance Defending
    Freedom, the Heritage Foundation, the Susan B. Anthony List, and Concerned
    Women for America about the May 4 "Promoting Free Speech and Religious
    Liberty" executive order, the HHS rules that are being drafted in response to that
    order, or any other efforts to alter or weaken the Affordable Care Act's
    contraceptive mandate.

    b.  All calendar entries reflecting meetings between HHS and representatives of
    Alliance Defending Freedom, the Heritage Foundation, the Susan B. Anthony
    List, and Concerned Women for America about the May 4 "Promoting Free
    Speech and Religious Liberty" executive order, the HHS rules that are being
    drafted in response to that order, or any other efforts to alter or weaken the
    Affordable Care Act's contraceptive mandate

13.     The request sought all responsive records from January 20, 2017, to the date of

the search. A copy of the HHS Preventive Health Services FOIA Request is attached hereto as

Exhibit B and incorporated herein.

14.     The HHS Preventive Health Services FOIA Request was assigned tracking

number **2018-00217-FOIA-OSB**. As of February 21, 2018, the status of the request was listed as

"Assigned for Processing." CfA has not received any further communication from HHS regarding this request.

*Exhaustion of Administrative Remedies*

15.     Through HHS's failure to produce the requested documents or otherwise respond within twenty business days, CfA has exhausted it administrative remedies under 5 U.S.C. § 552(a)(6)(C)(i) and seeks immediate judicial review.

16.     As of the date of this Complaint, Defendant has failed to (a) notify CfA of any determination regarding the requests, including the scope of any responsive records Defendant intends to produce or withhold and the reasons for any withholdings or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

## COUNT I
## Violation of FOIA, 5 U.S.C. § 552
## Failure to Conduct Adequate Search for Responsive Records

17.     CfA repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth therein.

18.     CfA properly requested records within the possession, custody and control of the Defendant.

19.     Defendant is an agency subject to FOIA and must, therefore, make reasonable efforts to search for the requested records.

20.     Defendant has failed to promptly review agency records for the purpose of locating those records which are responsive to CfA's FOIA requests.

21.     Defendant's failure to conduct adequate searches for responsive records violates FOIA.

22.     Plaintiff CfA is, therefore, entitled to injunctive and declaratory relief requiring Defendant to promptly make reasonable efforts to search for records responsive to CfA's FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

23.     CfA repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

24.     CfA properly requested records within the possession, custody, and control of Defendant.

25.     Defendant is an agency subject to FOIA and, therefore, must release, in response to a FOIA request, any non-exempt records and provide a lawful reason for withholding any materials.

26.     Defendant is wrongfully withholding non-exempt agency records requested by CfA by failing to produce non-exempt records responsive to its FOIA requests.

27.     Defendant is wrongfully withholding non-exempt agency records requested by CfA by failing to segregate exempt information in otherwise non-exempt records responsive to CfA's FOIA requests.

28.     Defendant's failure to provide all non-exempt responsive records violates FOIA.

29. Plaintiff CfA is, therefore, entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA requests and provide indices justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

30. WHEREFORE, CfA respectfully requests the Court to:

   a. Order Defendant to conduct searches reasonably calculated to uncover all records responsive to CfA's FOIA requests;

   b. Order Defendant to produce, within twenty days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to CfA's FOIA requests and indices justifying the withholding of any responsive records withheld under claim of exemption;

   c. Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to CfA's FOIA requests;

   d. Award CfA the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

   e. Grant CfA such other relief as the Court deems just and proper.

Dated: February 27, 2018

Respectfully submitted,

BAKER & HOSTETLER LLP


By:     *s/ Carey S. Busen*
      Casey Busen (DC Bar: 982217)
      cbusen@bakerlaw.com

      1050 Connecticut Avenue, NW
      Suite 1100
      Washington, D.C. 20036-5403

      Attorneys for Plaintiff
      CAMPAIGN FOR ACCOUNTABILITY,
      611 Pennsylvania Avenue SE, #337
      Washington, DC 20003